UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
AHMED TALEB MOHAMED ALY,                                     :
                                                            :
                                Petitioner,                 :
                                                            :          26-CV-1907 (JMF)
                -v-                                          :
                                                            :          MEMORANDUM OPINION
JUDITH ALMODOVAR et al.,                                     :          AND ORDER
                                                            :
                                Respondents.                :
                                                            :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Petitioner Ahmed Taleb Mohamed Aly, who was detained by immigration authorities on March 9, 2026, petitions for the writ of habeas corpus under 28 U.S.C. § 2241, *see* ECF No. 1, ¶¶ 6, 37, and seeks emergency interim relief, *see* ECF No. 4.  By Order entered on March 9, 2026, the Court scheduled a conference for March 10, 2026 at 4:30 p.m., and directed the parties to submit a joint letter by that same date at 9:00 a.m., addressing, among other things, whether there is any basis to distinguish this case from *Guzman Cardenas v. Almodovar*, No. 25-CV-9169 (JMF), 2025 WL 3215573 (S.D.N.Y. Nov. 18, 2025) (and, if not, whether Respondents would consent to issuance of the writ — subject to preservation of Respondents' arguments for appeal).  *See* ECF No. 5.

        On March 9, 2026, the parties filed their joint letter.  *See* ECF No. 7.  That letter states that "the parties have conferred and agree that the scheduled conference and full briefing is not necessary in this case given the Court's prior decision in *Guzman Cardenas*, and the Court can decide this matter based on this submission."  *Id.* at 1.  More specifically, Respondents concede that "this case is not materially distinguishable" from *Guzman Cardenas* and "thus that decision would control the result in this case if the Court adheres to it."  *Id.*  The Court adheres to its decision in *Guzman Cardenas*.  Accordingly, and in light of Respondents' concessions (even as they "reserve[e] all rights, including the right to appeal," *id*. at 2), the Petition for the writ of habeas corpus is GRANTED.  This decision effectively moots Petitioner's request for a temporary restraining order.  *See* ECF No. 4.

        Respondents shall release Petitioner in this District — and file certification thereof — by **TODAY, March 9, 2026**, at **10:00 p.m.**  The conference scheduled for tomorrow is hereby CANCELED as moot.

        The Clerk of Court is directed to terminate ECF No. 4 and to close this case.

        SO ORDERED.

Dated: March 9, 2026
        New York, New York                                  _____
                                                                    JESSE M. FURMAN
                                                            United States District Judge