**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
AHMED TALEB MOHAMED ALY,

                               Petitioner,                  26 **CIVIL** 1907 (JMF)

        -against-                              **JUDGMENT**

JUDITH ALMODOVAR et al.,

                               Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated March 9, 2026, the Petition for the writ of habeas corpus is GRANTED. This decision effectively moots Petitioner's request for a temporary restraining order; accordingly, the case is closed.

**DATED:**  New York, New York
            March 10, 2026

                               **TAMMI M. HELLWIG**
                             _____
                                 **Clerk of Court**

            **BY:**          K. mango

                                _____
                               **Deputy Clerk**